Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | CASE NO. CV 08-1049 SI<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35723 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:
7  BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings
8  Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,
9  Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of
10 which only Sony Corporation is publicly traded.  Sony Corporation is publicly traded in the U.S.

11 The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
12 Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
13 Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
14 publicly traded.  Vivendi S.A. is publicly traded in France.

15 The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
16 ENTERTAINMENT:  USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
17 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
18 Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony
19 Corporation is publicly traded in the U.S.

22 Dated:   February 21, 2008          HOLME ROBERTS & OWEN LLP

                                      By _____
                                      MATTHEW FRANKLIN JAKSA
                                      Attorney for Plaintiffs
                                      ARISTA RECORDS LLC; UMG RECORDINGS,
                                      INC.; and SONY BMG MUSIC
                                      ENTERTAINMENT

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35723 v1