Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

        Plaintiffs,

v.

JOHN DOE,

        Defendant.

CASE NO. CV 08 1049 SI

**EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

1  Plaintiffs, through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 26 and 45, the Declaration of Carlos Linares, and the authorities cited in the supporting Memorandum of Law, hereby apply *ex parte* for an Order permitting Plaintiffs to take immediate discovery.

In support thereof, Plaintiffs represent as follows:

Plaintiffs, record companies who own the copyrights in the most popular sound recordings in the United States, seek leave of the Court to serve limited, immediate discovery on a third party Internet Service Provider ("ISP") to determine the true identity of Defendant John Doe, who is being sued for direct copyright infringement.[1]

As alleged in the complaint, Defendant John Doe, without authorization, used an online media distribution system to download Plaintiffs' copyrighted works and/or distribute copyrighted works to the public. Although Plaintiffs do not know the true name of Defendant John Doe, Plaintiffs have identified Defendant by a unique Internet Protocol ("IP") address assigned to Defendant on the date and time of Defendant's infringing activity.

Plaintiffs intend to serve a Rule 45 subpoena on the ISP seeking documents that identify Defendant's true name, current (and permanent) address and telephone number, e-mail address, and Media Access Control ("MAC") address. Without this information, Plaintiffs cannot identify Defendant John Doe or pursue their lawsuit to protect their copyrighted works from repeated infringement.

Good cause exists to allow Plaintiffs to conduct this limited discovery in advance of a Rule 26(f) conference where there are no known defendants with whom to confer.

---

[1] Because Plaintiffs do not yet know Defendant's true identity, Plaintiffs are unable to personally serve Defendant with a copy of this motion. Instead, Plaintiffs will serve the Clerk of Court pursuant to Fed. R. Civ. P. 5(b)(2)(C) ("If the person served has no known address, [service under Rule 5(a) is made by] leaving a copy with the clerk of the court.") and will serve Defendant's ISP with a copy of this motion. Additionally, if the Court grants this motion, Plaintiffs will ask the ISP to notify the Defendants of the subpoena and provide Defendant with an opportunity to object.

1

EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#35725 v1

1  WHEREFORE, Plaintiffs apply *ex parte* for an Order permitting Plaintiffs to conduct the
2  foregoing requested discovery immediately.

5  Dated:    February 21, 2008            HOLME ROBERTS & OWEN LLP

7                                         By _____
                                           MATTHEW FRANKLIN JAKSA
8                                          Attorney for Plaintiffs
                                           ARISTA RECORDS LLC; UMG RECORDINGS,
9                                          INC.; and SONY BMG MUSIC
10                                         ENTERTAINMENT

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email:     matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ARISTA RECORDS LLC; UMG
7  RECORDINGS, INC.; and SONY BMG
   MUSIC ENTERTAINMENT
8

9                        UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
10                              _____ DIVISION

11

12  ARISTA RECORDS LLC, a Delaware limited       CASE NO. CV 08-1049 SI
    liability company; UMG RECORDINGS, INC.,
13  a Delaware corporation; and SONY BMG
14  MUSIC ENTERTAINMENT, a Delaware              [PROPOSED] ORDER GRANTING
    general partnership,                          PLAINTIFFS' EX PARTE APPLICATION
15                                                FOR LEAVE TO TAKE IMMEDIATE
              Plaintiffs,                         DISCOVERY
16
17       v.

18  JOHN DOE,
19            Defendant.

20

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery,
2  the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on University of
4  California, Santa Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena
5  that seeks documents that identify Defendant John Doe, including the name, current (and permanent)
6  address and telephone number, e-mail address, and Media Access Control addresses for Defendant.
7  The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in
9  response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting
10 Plaintiffs' rights under the Copyright Act.

DATED: _____    By: _____
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION
Case No. _____
#35727 v1