1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ARISTA RECORDS LLC; UMG
7  RECORDINGS, INC.; and SONY BMG
   MUSIC ENTERTAINMENT
8

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
                       _____ DIVISION
11

12 ARISTA RECORDS LLC, a Delaware limited       CASE NO. 08 1049
   liability company; UMG RECORDINGS, INC.,
13 a Delaware corporation; and SONY BMG
14 MUSIC ENTERTAINMENT, a Delaware              [PROPOSED] ORDER GRANTING
   general partnership,                         PLAINTIFFS' EX PARTE APPLICATION
15                                              FOR LEAVE TO TAKE IMMEDIATE
16            Plaintiffs,                       DISCOVERY

17     v.

18 JOHN DOE,
19            Defendant.

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION
Case No. _____
#35727 v1

Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks documents that identify Defendant John Doe, including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control addresses for Defendant. The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

DATED: 2/28/08                         By: _____
                                            United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION
Case No. _____
#35727 v1