1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:    matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ARISTA RECORDS LLC; UMG
7  RECORDINGS, INC.; and SONY BMG
   MUSIC ENTERTAINMENT
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>           Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>           Defendant. | CASE NO. 3:08 CV 01049 SI<br><br>**Honorable Susan Illston**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs respectfully request that the Court continue the case management conference currently set for May 30, 2008 at 2:00 p.m. to August 29, 2008. As further explained below, Plaintiffs have discovered the identity of the Doe defendant in this case and the parties have reached a provisional settlement. In support of their request, Plaintiffs state as follows:

1. The initial case management conference is set for May 30, 2008 at 2:00 p.m. Plaintiffs have not requested any previous continuances of the case management conference in this matter.

2. Plaintiffs filed their Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on February 21, 2008. Plaintiffs did not have sufficient identifying information to name the defendant individually in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned by Defendant's Internet Service Provider ("ISP").

3. In order to determine Defendant's true name and identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on February 21, 2008, requesting that the Court enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP.

4. The Court entered an Order for Leave to take Immediate Discovery on February 28, 2008, which Plaintiffs then served upon the ISP along with a Rule 45 subpoena. On April 16, 2008, the ISP responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including a name, telephone number, and address.

5. Plaintiffs sent a letter to the individual identified by the ISP on April 29, 2008 notifying her of their claims for copyright infringement and encouraging her to make contact to attempt to amicably resolve this matter. Thereafter, settlement discussions took place and Plaintiffs believe that a settlement has been reached. Settlement documents were mailed on May 9, 2008, but have not yet been executed and returned to Plaintiffs.

6. If the signed settlement documents are returned by June 20, 2008 or shortly thereafter, Plaintiffs will file appropriate dispositional documents with the Court. If not, Plaintiffs plan to file a First Amended Complaint naming the individual identified by the ISP as the defendant in this case, and then proceed to serve process upon her.

7. Given the foregoing circumstances, a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for May 30, 2008 at 2:00 p.m. to August 29, 2008.

Dated: May 20, 2008                                              HOLME ROBERTS & OWEN LLP

                                                                 By: _____/s/ Matthew Franklin Jaksa___
                                                                        MATTHEW FRANKLIN JAKSA
                                                                        Attorney for Plaintiffs

### [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for May 30, 2008 at 2:00 p.m. to August 29, 2008.

Dated: _____            By: _____Susan Illston_____
                                            Honorable Susan Illston
                                            United States District Judge