Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>Defendant. | CASE NO. 3:08 CV 01049 SI<br><br>**Honorable Susan Illston**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Arista Records LLC, *et al*., by and
2  through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim
3  against Defendant John Doe, also identified as ID # 144615981 with IP address 169.233.42.21 2007-
4  10-11 23:17:31 EDT, each party to bear its/her own fees and costs.  The Clerk of Court is
5  respectfully requested to close this case.

Dated:  June 2, 2008                                    HOLME ROBERTS & OWEN LLP


                                                        By:  _____*/s/ Matthew Franklin Jaksa*____
                                                               MATTHEW FRANKLIN JAKSA
                                                               Attorney for Plaintiffs

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:08 CV 01049 SI
#37970 v1